**Order entered September 15, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00910-CR

**ANGEL RICARDO RAZO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-60370-L**

## ORDER

The record was due August 4, 2017. When it was not filed, we notified official court reporter Victoria Franklin that it was overdue. Ms. Franklin, in turn, notified us that Debi Harris was the reporter who reported the proceedings and that she had contacted Ms. Harris to let her know that the record was past due. To date, the reporter's record has not been filed and we have had no correspondence from Ms. Harris.

We **ORDER** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, the complete reporter's record in this appeal. We caution Ms. Harris that the failure to file the reporter's record by that time will result in the Court taking whatever remedies it has available to ensure the complete reporter's record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; to Victoria Franklin, official court reporter of the Criminal District Court No. 5; to Debi Harris, official court reporter auxiliary 8; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE